```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at FRANKFORT
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | Criminal Action Nos. |
| | ) |    3:08-cr-31-JMH |
| v. | ) |    3:10-cr-1-JMH |
| | ) | |
| | ) | **ORDER** |
| MARK IRWIN | ) | |
| | ) | |
|     Defendant. | ) | |

```
              **   **   **   **   **
```

The court having received several letters on behalf of Defendant Mark Irwin in the above-styled cases, and being sufficiently advised,

**IT IS HEREBY ORDERED** that the letters be, and the same hereby is, **FILED** in the record where they may be reviewed by the United States Probation Office, counsel of record and the public.

This the 14th day of July, 2011.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge